IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARC ANDREW TAGER,<br>MATTHEW EARL MANGUM, and<br>JONATHAN EDWARD SHOUCAIR,<br><br>　　　　　　Defendants. | Case No. 2:18-cr-00097<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>District Judge Dee Benson<br>Magistrate Judge Dustin Pead |

G R E E T I N G S:

　　　　We command you that you bring the body of MARC ANDREW TAGER, now being confined in the Utah Davis County jail, to appear in United States District Court for the District of Utah before the Honorable Judge Dee Benson, on <u>Monday March 16, 2020, at 9:00 a.m. M.S.T.,</u> of said day, and from day to day thereafter, for purposes of testifying as a material witness in the above entitled case before the United States District Court for the District of Utah; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

　　　　DATED this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEE BENSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge