UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Request and Order to Amend Conditions of Pretrial Release

Name of Defendant:  Marc Andrew Tager                  Docket Number:  2:18CR00097-001

Name of Judicial Officer:   Honorable Dee Benson
                            Senior U.S. District Judge

Date of Release:   March 30, 2020

## PETITIONING THE COURT

To amend the conditions of pretrial release as follows:

Participate in one of the following location restriction program components and abide by its requirements as the pretrial officer instructs:

- Home Detention.  You are restricted to your residence at all times except for employment, education, religious services, medical, substance-abuse or mental-health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the pretrial officer;

Be monitored by the form of location monitoring technology, at the discretion of the pretrial services officer, and abide by all technology and program requirements.  The defendant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and the pretrial services officer.

## CAUSE

On March 30, 2020, the defendant was released after the filing of an Emergency Motion for Review of Detention.  The Order contained several conditions of release, including the following:

- "Home Detention"

- "ankle monitoring"

Pursuant to Location Monitoring (LM) Procedures Manual (Guide to Judiciary Policy, Vol. 8, Pt. F), PR 2.30 (e): "The participant's type of technology and component restrictions should be clearly defined in the Order Setting Conditions of Release or in the Judgment and Commitment Order."

Marc Andrew Tager
2:18CR00097-001

The purpose of this request is to ensure the conditions of location monitoring and home detention are clearly defined. The requested amendments noted above are worded in a manner that provides specifics as to type of location restriction program component and technology to be implemented by the U.S. Probation and Pretrial Services Office.

In the event the Court has questions or concerns regarding this request the officer can be contacted, via telephone, at 801-535-2717.

I declare under penalty of perjury that the foregoing is true and correct.

_____
By   Zachary C. McBride
     U.S. Pretrial Services Officer
     Date:  March 31, 2020

**THE COURT ORDERS:**

☐ No action
☐ Other: _____
☒ That the conditions or pretrial release be amended as outlined above

_____
Honorable Dee Benson
Senior U.S. District Judge

Date: _____4/1/2020_____