UNITED STATES DISTRICT COURT

DISTRICT of UTAH

Office of the Clerk

RECEIVED CLK

APR 1 2 2021

U.S. DISTRICT

UNITED STATES COURT HOUSE

4-6-21

2:18-Cr-00097-CW-DBP-3

JONATHAN EDWARD STSINCAIR

CASE # 180901270

Judge LAWRENCE

I am writing you in regards to correspondance I recieved on 11, FEB, 2021 From U.S. Probation and Pre Trail office located at 351 S. West Temple, Ste 5.400 Salt Lake City, UT, 84101 that states that I need to self surrender. It Also states that on Nov 23, 2020 I was sentenced to one year and one day, a copy of which is enclosed. PLEASE Clarify and Respond to me AS soon AS Possible.

Thank you

Regards

JONATHAN E. STSINCAIR

PLEASE DIRECT Correspondance To:

JONATHAN EDWARD STSINCAIR

21591-112

Federal Correctional Institution

Terminal Island

P.o. Box 3007

San Pedro - CA - 90733

# SELF SURRENDER NOTIFICATION

### SECOND AMENDED

| | |
|---|---|
| **Name** | Mr. Jonathan Edward Shoucair |
| **Address** | 11453 Poema Pl #201<br>Chatsworth, California 91311 |

On November 23, 2020, you were sentenced by the United States District Court to One year and a day custody in the Bureau of Prisons.

**You have been granted the privilege of self-surrender and are required to report BEFORE 12:00 p.m. (NOON) on March 4, 2021.**

## CONTACT THE United States Marshals Criminal Clerk
# 801-524-5693
**(between the hours of 8:00 am to 5:00 pm – Monday through Friday)**
## NOT MORE THAN 10 DAYS BEFORE
## YOUR SELF-SURRENDER DATE
#### to verify your designation and self-surrender location

Terminal Island
1299 Seaside Ave
San Pedro - CA - 90731